

**MEMO ENDORSED**

| | THE CITY OF NEW YORK | |
|---|---|---|
| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | JEFFREY NOLL<br>*Assistant Corporation Counsel*<br>jnoll@law.nyc.gov<br>Phone: (212) 356-2617 |

June 26, 2025

**By ECF**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl St
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/27/25
```

Re: *Isaac Boateng v. City of New York et al.*, 25 CV 3471 (LAK)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for the City of New York in the above-referenced action. The parties jointly request that the Court adjourn the initial conference presently scheduled for July 31, 2025, until after the parties have fulfilled all requirements set forth by Local Civil Rule 83.10 (the "Plan").[1]

    By way of background, on May 1, 2025, Plaintiff filed a complaint alleging that on July 29, 2024, New York City Police Department ("NYPD") police officers unlawfully stopped and searched Plaintiff and then subjected him to excessive force during his subsequent arrest. Plaintiff claims that he went to a hospital where he was treated for burns caused by the officers' use of a taser. Plaintiff now bring claims of false arrest, excessive force, First Amendment violations, malicious prosecution, failure to intervene, and supplemental state law claims. See ECF Docket No. 3.

    On May 2, 2025, this case was designated as subject to Local Civil Rule 83.10, which applies to actions brought in the Southern District against NYPD officers alleging constitutional violations pursuant to 42 U.S.C. § 1983. See ECF Docket Entry dated May 2, 2025. As the Court is aware, pursuant to Local Civil Rule 83.10, certain limited discovery and deadlines are pre-established in § 1983 Plan cases. The Plan also requires the parties to attend a mediation session within 14 weeks after the first defendant answers the Complaint. For these reasons, Defendants request that the Court adjourn the initial conference so that they may complete the limited discovery and the mediation as set forth by the Plan.

---

[1] The parties also request a corresponding extension of their time to submit a proposed case management plan until one week prior to the rescheduled conference.

      As such, in the interest of judicial economy, the parties respectfully request that the Court adjourn the deadline to submit a proposed case management plan and the date of the initial conference until a date convenient to the Court after the § 1983 Plan's completion.

      The parties thank the Court for its consideration.

                                              Respectfully submitted,

                                              /s/ *Jeffrey Noll*
                                              Assistant Corporation Counsel
                                              Special Federal Litigation Division

CC: All Counsel by ECF

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

06/27/2025